■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JUAN MARQUEZ, Respondent, v SALVATORE ROMANO, as Warden of Suffolk County Correctional Facility, Appellant.—In a habeas corpus proceeding, the appeal is from a judgment of the Supreme Court, Suffolk County (Stark, J.), dated August 24, 1988, which sustained the writ to the extent of reducing the bail of the petitioner.

Ordered that the judgment is reversed, on the law, without costs or disbursements, and the proceeding is dismissed *(see, People ex rel. Marquez v Romano,* 143 AD2d 787 [decided herewith]). Mangano, J. P., Thompson, Brown and Sullivan, JJ., concur.